**LEVIN, FISHBEIN, SEDRAN & BERMAN**
By:   Michael D. Fishbein, Esquire; Michael Weinkowitz, Esquire
      Attorney I.D. Nos.. 25712; 76033
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 telephone
215-592-4663 facsimile
lfsb@lfsb.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA BARBER, | CIVIL ACTION |
| *Plaintiff,* | No. 02-CV-3194 |
| vs. | |
| CHATTEM, INC. et al. | STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1) |
| *Defendants.* | |

   Pursuant to Fed. R. Civ. P. 41(a)(1), the undersigned stipulate that this matter is hereby voluntarily dismissed by Plaintiff with prejudice.

                              Respectfully submitted,

                              **LEVIN, FISHBEIN, SEDRAN & BERMAN**


                              BY: _____
                              Michael M. Weinkowitz, Esquire
                              510 Walnut Street, Suite 500
                              Philadelphia, PA 19106-3697
                              (215) 592-1500
DATED:   May 29, 2002         Attorneys for Plaintiff

HANGLEY ARONCICK SEGAL & PUDLIN

BY: _____
Thomas E. Wallerstein
Counsel for Defendant Chattem, Inc. and The Delanco Company, successor by merger to Thompson Medical Company, Inc.

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

BY: _____
Gordon B. Simmons, Esquire
Laurie Falcone, Esquire
Attorneys for Defendant Rite Aid of Pennsylvania, Inc.